HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES P. MILLER

            Plaintiff,

        v.

MICHAEL G. MORSE and THERESA B. MORSE, husband and wife, and MORSE TECHNOLOGIES LLC,

            Defendants.

Case No. C07-5642RBL

ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION PURSUANT TO FRCP 56(f)

The matter comes before the Court on Plaintiff's Motion and Memorandum for Summary Judgment [Dkt. # 9]. The Court has reviewed the pleadings filed in support of Plaintiff's motion, the Defendants' pleadings filed in response [Dkt. # 10, # 11, # 12, & #13], and the Plaintiff's reply [Dkt. #14]. The Court finds that the Defendant has shown that further discovery is needed in order to present facts essential to their opposition to the Plaintiff's motion. The Defendants' request for a continuance of Plaintiff's summary judgment motion pursuant to Federal Rule of Civil Procedure 56(f) is GRANTED. The Plaintiff's motion for summary judgment shall be re-noted for Friday, May 30, 2008.

IT IS SO ORDERED.

Dated this 26th day of February, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1